AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC AM9:52
RECEIVED FEB 29 '24

United States of America
v.

TYRELL WEST

*Defendant*

)  Case: 1:24-mj-00076
)  Assigned To : Judge Robin M. Meriweather
)  Assign. Date : 02/29/2024
)  Description: COMPLAINT W/ARREST WARRANT
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **TYRELL WEST**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable of Imprisonment for a Term Exceeding One Year

Date: 02/29/2024

2024.02.29
09:18:59
-05'00'

*Issuing officer's signature*

City and state: Washington, DC

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/29/2024, and the person was arrested on *(date)* 3/1/2024
at *(city and state)* Washington DC.

Date: 3/1/2024

*Arresting officer's signature*

Kayleen Bretz DUSM
*Printed name and title*